UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF HOME BUILDERS<br>1201 15th STREET, N.W.<br>WASHINGTON, DC 20005<br><br>**Plaintiff,**<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS<br>441 G STREET, NW<br>WASHINGTON, DC 20314<br><br>AND<br><br>PRESTON M. GEREN, III, IN HIS OFFICIAL CAPACITY AS THE ACTING SECRETARY OF THE UNITED STATES DEPARTMENT OF THE ARMY<br>101 ARMY PENTAGON, ROOM 3E560<br>WASHINGTON, D.C. 20310-0101<br><br>AND<br><br>LT. GEN. ROBERT L. VAN ANTWERP IN HIS OFFICIAL CAPACITY AS THE CHIEF OF ENGINEERS FOR THE UNITED STATES ARMY CORPS OF ENGINEERS<br>441 G STREET, N.W., ROOM 3K05<br>WASHINGTON, D.C. 20314<br>.<br><br>**Defendants.** | CIVIL ACTION NO. _____<br><br>CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS DISCLOSURE |

**F.R.C.P. 26.1 (Local Civ. R. 7.1) CERTIFICATE**

I, the undersigned, counsel of record for National Association of Home Builders ("NAHB"), certify that to the best of my knowledge and belief, NAHB has no parent companies, subsidiaries or affiliates, which have any outstanding securities in the hands of the public.

NAHB is a national trade association, and members of NAHB have outstanding securities in the hands of the public. However, these members are not parent companies, subsidiaries or affiliates of NAHB.

These representations are made in order that the judges of this Court may determine the need for recusal.

                                      Attorney of Record

                                      */s/ Virginia S. Albrecht*
                                      Virginia S. Albrecht (D.C. Bar No. 357940)
                                      Karma B. Brown (D.C. Bar No. 479774)
                                      Hunton & Williams LLP
                                      1900 K Street, N.W.
                                      Washington, D.C. 20006
                                      (202) 955-1500

May 24, 2007

OF COUNSEL:

Duane J. Desiderio (D.C. Bar No. 430211)
Thomas J. Ward (D.C. Bar No. 453907)
Amy Chai, (N.Y. Bar No. 4029088)
National Association of Home Builders
1201 15th Street, N.W.
Washington, D.C. 20005-2800