IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **NATIONAL ASSOCIATION OF HOME BUILDERS**<br>1201 15th Street, N.W.<br>Washington, D.C. 20005<br><br>      **Plaintiff,**<br><br>  v.<br><br>**UNITED STATES ARMY CORPS OF ENGINEERS**<br>441 G Street, N.W.<br>Washington, D.C. 20314<br><br>and<br><br>**PRESTON M. GEREN, III,**<br>**In his Official Capacity as the Acting Secretary of the United States Department of the Army**<br>101 Army Pentagon, Room 3E560<br>Washington, D.C. 20310-0101<br><br>and<br><br>**LT. GEN. ROBERT L. VAN ANTWERP**<br>**In his Official Capacity as the Chief of Engineers for the United States Army Corps of Engineers**<br>441 G. Street. N.W., Room 3K05<br>Washington, D.C. 20314<br><br>      **Defendants.** | Civil Action No. 07-0972 (RMU) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Steven M Ranieri, Special

Assistant U.S. Attorney, as counsel of record for the defendants in the above-captioned case.

          Respectfully submitted,

          _____/s/_____
          STEVEN M. RANIERI
          Special Assistant United States Attorney
          Civil Division
          555 Fourth St., N.W.
          Washington, D.C.  20530
          202-353-9895  / FAX 202-514-8780