UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF HOME BUILDERS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civ. No. 1:07-cv-00972 (RMU)<br>)<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

**TO THE CLERK:**

Please enter the appearance of Jessica O'Donnell, D.C. Bar No. 473166, as counsel of record in the above-captioned case on behalf of Defendants United States Army Corps of Engineers, Preston M. Geren, III, in his official capacity as the Acting Secretary of the United States Department of the Army, and Lt. Gen. Robert L. Van Antwerp, in his official capacity as the Chief of Engineers for the United States Army Corps of Engineers.

The following is the correct address of Defendant's counsel for first class mail:

> United States Department of Justice
> Environment & Natural Resources Division
> Environmental Defense Section
> P.O. Box 23986
> Washington D.C.  20026-3986

The following is the correct address for overnight mail delivery:

> United States Department of Justice
> Environment & Natural Resources Division
> Environmental Defense Section
> 601 D Street, N.W., Suite 8000
> Washington D.C.  20004

                            Respectfully submitted,

                            RONALD J. TENPAS
                            Acting Assistant Attorney General
                            Environment and Natural Resources Division

                            _s/ *Jessica O'Donnell*_

| OF COUNSEL: | JESSICA O'DONNELL  (D.C. Bar #473166) |
|---|---|
| Daniel Inkelas | Environmental Defense Section |
| Assistant Counsel for Litigation | U.S. Department of Justice |
| Office of the Chief Counsel | P.O. Box 23986 |
| U.S. Army Corps of Engineers | Washington, D.C. 20026-3986 |
| 441 G Street NW | Telephone: (202) 305-0851 |
| Washington, DC 20314 | E-mail: jessica.odonnell@usdoj.gov |

                            Street address:
                            601 D Street, NW, Suite 8000
                            Washington, D.C. 20004

                            *Attorneys for Defendant*

Dated: July 20, 2007