UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF HOME BUILDERS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 1:07-cv-00972 (RMU)<br>)<br>)<br>)<br>)<br>)<br>) |

**UNOPPOSED MOTION TO EXTEND TIME
TO RESPOND TO THE COMPLAINT**

Defendants United States Army Corps of Engineers, Preston M. Geren, III, in his official capacity as the Acting Secretary of the United States Department of the Army, and Lt. Gen. Robert L. Van Antwerp, in his official capacity as the Chief of Engineers for the United States Army Corps of Engineers (collectively "the Corps") hereby move the court for a short extension of time to respond to Plaintiffs' Complaint.  Currently, a response is due on July 30, 2007, and Defendants ask this Court to grant an extension of time until August 9, 2007.  In support of this motion, Defendants state as follows:

1.      On May 31, 2007, Plaintiffs served upon Defendants a Complaint for Declaratory and Injunctive Relief.  On July 16, 2007, Plaintiffs served upon Defendants a Corrected Complaint for Declaratory and Injunctive Relief.  Pursuant to Fed. R. Civ. P. 12(a)(3)(A) and 15(a), a response to the Complaint is due to be served on July 30, 2007.

2.      In the Complaint, Plaintiffs challenge action by the Corps reissuing nationwide permit 46, pursuant to Section 404(e) of the Clean Water Act, 33 U.S.C. § 1344(e).  See

"Reissuance of Nationwide Permits; Notice," 72 Fed. Reg. 11,092 (Mar. 12, 2007). Plaintiffs bring their challenge under the Administrative Procedure Act, 5 U.S.C. § 551, et seq.

3. Good cause exists for granting the short extension of time. Defendants require additional time to respond to the Complaint due to the complexity of the allegations in the Complaint and filing deadlines in other matters being handled by Defendants' counsel that prevented counsel dedicating the necessary attention to this matter.

5. Granting this extension of time will not prejudice any party. Counsel for Defendants has conferred with counsel for Plaintiffs, who indicated that Plaintiffs consent to this brief extension of time.

WHEREFORE, Defendants respectfully move the Court to grant Defendants until August 9, 2007, to respond to the Complaint.

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division

   s/ *Jessica O'Donnell*
JESSICA O'DONNELL  (D.C. Bar #473166)
Environmental Defense Section
U.S. Department of Justice
P.O. Box 23986
Washington, D.C. 20026-3986
Telephone: (202) 305-0851
E-mail: jessica.odonnell@usdoj.gov

Street address:
601 D Street, NW, Suite 8000
Washington, D.C. 20004

*Attorneys for Defendant*

OF COUNSEL:
Daniel Inkelas
Assistant Counsel for Litigation
Office of the Chief Counsel
U.S. Army Corps of Engineers
441 G Street NW
Washington, DC 20314

Dated: July 22, 2007

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF HOME BUILDERS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civ. No. 1:07-cv-00972 (RMU)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**

Upon consideration of Defendant's Motion to Extend Time to Respond to the Complaint, and upon counsel's representation that the Motion is unopposed, and finding that good cause exists to grant the Motion:

Defendant's Unopposed Motion to Extend Time to Answer is hereby GRANTED, and it is ORDERED that Defendant's response to Plaintiffs' Complaint must be served on or before August 9, 2007.

SO ORDERED.

_____
Hon. Ricardo M. Urbina
United States District Judge

Dated: