UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL ASSOCIATION OF HOME BUILDERS<br>1201 15th Street, N.W.<br>Washington, D.C. 20005<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS<br>441 G Street, N.W.<br>Washington, D.C. 20314<br><br>AND<br><br>PRESTON M. GEREN, III,<br>In his Official Capacity as the Acting Secretary of<br>The United States Department Of The Army<br>101 Army Pentagon, Room 3E560<br>Washington, D.C. 20310-0101<br><br>AND<br><br>LT. GEN. ROBERT L. VAN ANTWERP,<br>In his Official Capacity as the Chief of Engineers<br>For the United States Army Corps of Engineers<br>441 G Street, N.W., Room 3K05<br>Washington, D.C. 20314<br><br>Defendants. | CIVIL ACTION NO.<br>1:07-cv-00972-RMU<br><br>Unopposed Motion for<br>Extension of Time |

Unopposed Motion for Extension of Time to Respond to
<u>Defendants' Motion for Judgment on the Pleadings</u>

Plaintiff National Association of Home Builders ("NAHB") respectfully moves this Court to extend the time set to file a response to the Defendants' Motion for Judgment on the Pleadings, which was filed on August 9, 2007, by an additional 36 days until September 28, 2007. NAHB's response is currently due August 23, 2007.

In support of this motion, NAHB notes that it has not previously asked for any extensions. Good cause exists to grant this motion because NAHB has pre-existing time constraints due to deadlines and obligations in other matters. Further, NAHB has its annual fall board meeting the first week in September. Therefore, it is unable to spend the time necessary to research and fully respond to the Defendants' motion in the allotted time. NAHB has contacted counsel for the Defendants to obtain their consent to this motion. The United States has no objection to this extension of time and will not be prejudiced by the enlargement. Granting this motion for an extension will not have any effect on other deadlines in the case, as none have been established to date. Accordingly, in light of the time necessary for NAHB to fully respond to the Defendants' motion, NAHB requests a 36 day enlargement of time. If the Court grants this Motion, by agreement between the parties, Defendants will file their reply brief on October 12, 2007.

WHEREFORE, NAHB respectfully requests that this Court order an extension of time for an additional 36 days, until and including September 28, 2007, for it to file a response to the Defendants' Motion for Judgment on the Pleadings.

Date:  August 15, 2007                           Respectfully submitted,

/s/ Virginia S. Albrecht
_____
HUNTON & WILLIAMS LLP
Virginia S. Albrecht, D.C. Bar No. 357940
Karma B. Brown, D.C. Bar No. 479774
1900 K Street, N.W.
Washington, D.C. 20006
(202) 955-1500

Counsel for Plaintiff
National Association of Home Builders

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF HOME BUILDERS<br>1201 15th Street, N.W.<br>Washington, D.C. 20005<br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS<br>441 G Street, N.W.<br>Washington, D.C. 20314<br><br>AND<br><br>PRESTON M. GEREN, III,<br>In his Official Capacity as the Acting Secretary of<br>The United States Department Of The Army<br>101 Army Pentagon, Room 3E560<br>Washington, D.C. 20310-0101<br><br>AND<br><br>LT. GEN. ROBERT L. VAN ANTWERP,<br>In his Official Capacity as the Chief of Engineers<br>For the United States Army Corps of Engineers<br>441 G Street, N.W., Room 3K05<br>Washington, D.C. 20314<br>　　　　　Defendants. | CIVIL ACTION NO.<br>1:07-cv-00972-RMU |

[Proposed] Order Granting National Association of Home Builder's Unopposed Motion for
Extension of Time to Respond to Defendants' Motion for Judgment on the Pleadings

On consideration of the National Association of Home Builder's ("NAHB's") Unopposed

Motion for Extension of Time to Respond to Defendants' Motion for Judgment on the Pleadings

until September 28, 2007, it is hereby:

　　　ORDERED, that the motion is granted.

　　　Dated: _____, 2007

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Ricardo M. Urbina
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

2