IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF HOME BUILDERS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES ARMY CORPS OF ENGINEERS, et al., )<br>)<br>Defendants, )<br>)<br>NATURAL RESOURCES DEFENSE COUNCIL, )<br>)<br>Proposed Intervenor-Defendant. ) | Civil Action No. 1:07-cv-00972 RMU |

**REPLY IN SUPPORT OF NRDC'S UNOPPOSED MOTION TO INTERVENE**

The Natural Resources Defense Council ("NRDC") moved to intervene as defendant in this action pursuant to Fed. R. Civ. P. 24. None of the parties opposes NRDC's motion. For the reasons previously stated, NRDC respectfully requests that the Court grant intervention.

Plaintiff National Association of Home Builders ("NAHB") states in its response that, although it does not oppose NRDC's intervention, it would be "more appropriate" for NRDC to participate as amicus curiae, rather than as an intervenor. NAHB Response at 2. NAHB offers no explanation for why it believes amicus participation would be more appropriate than intervention, nor does NAHB claim that NRDC fails to meet the standard for intervention under Rule 24. Amicus participation is an inadequate substitute for intervention, because an amicus may not make motions or appeal an adverse ruling. *See, e.g.*, *Nuesse v. Camp*, 385 F.2d 694, 704 n.10 (D.C. Cir. 1967). Where NRDC's entitlement to intervene under Rule 24 has been

established and is unopposed, as here, it would be inappropriate to deny intervention and substitute amicus participation instead.

For the foregoing reasons, this Court should grant NRDC's motion to intervene, pursuant to Fed. R. Civ. P. 24.

Respectfully submitted,

*/s/ Aaron Colangelo*
Aaron Colangelo (D.C. Bar No. 468448)
Jon P. Devine, Jr. (D.C. Bar No. 474582)
Natural Resources Defense Council
1200 New York Avenue, NW, Suite 400
Washington, DC 20005
(202) 289-6868 (ph)
(202) 289-1060 (fax)

Counsel for Proposed Intervenor-Defendant

Dated: September 4, 2007