UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF HOME BUILDERS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, et al.<br><br>    Defendants. | Civ. No. 1:07-cv-00972 (RMU) |

**CONSENT MOTION TO EXTEND TIME
TO FILE REPLY BRIEF**

Defendants United States Army Corps of Engineers, et al., respectfully move the court for a one-week extension of time to file a reply brief in support of its motion for judgment on the pleadings. Currently, a reply is due on October 12, 2007, and Defendants ask this Court to grant an extension of time until October 19, 2007. Counsel for Defendants contacted counsel for Plaintiff, who consented to this motion. In support of this motion, Defendants state as follows:

1. Defendants filed a motion for judgment on the pleadings on August 9, 2007.

2. On August 15, 2007, Plaintiff filed an unopposed motion for an extension of time to file its response to the Corps' motion for judgment on the pleadings. Plaintiff requested that its deadline be extended to September 28, 2007, and, by agreement of the parties, that the deadline for the Corps' reply brief be set for October 12, 2007. By order dated August 16, 2007, the Court granted Plaintiff's motion for an extension.

3. Defendants respectfully request a one-week extension of the October 12, 2007 deadline for its reply brief. Additional time is needed because the undersigned counsel has been engaged in other matters that were not foreseeable at the time the Plaintiff filed its motion for an

extension of time, including preparing a supplemental brief in a complex rulemaking challenge before the Fifth Circuit, ConocoPhillips, et al. v. EPA, No. 06-60662, and assisting the United States Attorney's Office for the Southern District of New York in the preparation of a brief in another case concerning the same rulemaking, Riverkeeper, Inc. et al. v. EPA, No. 06-12987 (S.D.N.Y). As a result, the undersigned has been unable to dedicate the time necessary to prepare Defendants' reply brief.

     4.     Defendants have not previously requested an extension of the October 12, 2007 deadline.

     5.     Granting this brief extension of time will not prejudice any party. Counsel for Defendants has conferred with counsel for Plaintiffs, who indicated that Plaintiff consents to this extension of time.

WHEREFORE, Defendants respectfully move the Court to grant Defendants until October 19, 2007, to respond file its reply brief.

                                              Respectfully submitted,

                                              RONALD J. TENPAS
                                              Acting Assistant Attorney General
                                              Environment and Natural Resources Division

                                              _s/ Jessica O'Donnell_
                                              JESSICA O'DONNELL (D.C. Bar #473166)
                                              Environmental Defense Section
                                              U.S. Department of Justice

OF COUNSEL:                         P.O. Box 23986
Daniel Inkelas                         Washington, D.C. 20026-3986
Assistant Counsel for Litigation     Telephone: (202) 305-0851
Office of the Chief Counsel          E-mail: jessica.odonnell@usdoj.gov
U.S. Army Corps of Engineers
441 G Street NW                    Street address:
Washington, DC 20314            601 D Street, NW, Suite 8000
                                        Washington, D.C. 20004

*Attorneys for Defendant*

Dated: October 9, 2007

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NATIONAL ASSOCIATION OF HOME BUILDERS, et al. ) ) ) ) Plaintiffs, ) ) v. ) ) UNITED STATES ARMY CORPS OF ) ENGINEERS, et al. ) ) Defendants. ) | Civ. No. 1:07-cv-00972 (RMU) |

**[PROPOSED] ORDER GRANTING DEFENDANTS' CONSENT**
**MOTION TO EXTEND TIME TO FILE A REPLY BRIEF**

Upon consideration of Defendants' Motion to Extend Time to File a Reply Brief in support of Defendants' motion for judgment on the pleadings, and upon counsel's representation that the Motion is unopposed, and finding that good cause exists to grant the Motion:

Defendants' Consent Motion to Extend Time to File a Reply is hereby GRANTED, and it is ORDERED that Defendants' Reply Brief must be filed on or before October 19, 2007.

SO ORDERED.

_____
Hon. Ricardo M. Urbina
United States District Judge

Dated: