## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| NATIONAL ASSOCIATION OF HOME BUILDERS, | : : : | | |
| Plaintiff, | : : | Civil Action No.: | 07-0972 (RMU) |
| v. | : : | Document No.: | 12 |
| UNITED STATES ARMY CORPS OF ENGINEERS, *et al.*, | : : : : | | |
| Defendants, | : : | | |

## ORDER

### DENYING NATURAL RESOURCES DEFENSE COUNCIL'S MOTION TO INTERVENE

For the reasons stated in the court's Memorandum Opinion separately and contemporaneously issued this 6th day of November 2007, it is hereby

**ORDERED** that Natural Resources Defense Council's motion to intervene is **DENIED**; and it is

**FURTHER ORDERED** that Natural Resources Defense Council may participate in this action as an *amicus curiae*.

**SO ORDERED.**

RICARDO M. URBINA
United States District Judge