## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| NATIONAL ASSOCIATION OF HOME BUILDERS, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 07-0972 (RMU) |
| | : | | |
| v. | : | Document No.: | 10 |
| | : | | |
| UNITED STATES ARMY CORPS OF ENGINEERS, *et al.*, | : | | |
| | : | | |
| Defendants, | : | | |

### O R D E R

**DENYING THE DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

For the reasons stated in the court's Memorandum Opinion separately and contemporaneously issued this 26th day of March 2008, it is hereby

**ORDERED** that the defendants' motion for judgment on the pleadings is **DENIED**.

**SO ORDERED.**

                                                 RICARDO M. URBINA
                                                United States District Judge